| | | | |
|---|---|---|---|
| | AUSA: Kathryn E. Boyles | Telephone: | (313) 226-9556 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Hector Rivera | Telephone: | (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Domingo PEREZ-PEREZ

Case No. 2:25−mj−30408
Assigned To : Unassigned
Assign. Date : 6/26/2025
Description: CMP USA v Perez−Perez (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 18, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 18, 2025, in the Eastern District of Michigan, Southern Division, Domingo PEREZ-PEREZ an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about June 15, 2024 and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 25, 2025

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Domingo PEREZ-PEREZ, an alien who has previously been removed from the United States on or about June 15, 2024, at or near El Paso Del Norte, Texas, and was thereafter found in the United States on or about June 18, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to PEREZ-PEREZ. I have not included every fact known to law enforcement related to this investigation.

4. PEREZ-PEREZ is a twenty-six-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about June 14, 2024, United States Border Patrol (USBP) agents encountered PEREZ-PEREZ at or near El Paso, Texas and served him with an I-860, Notice and Order of Expedited Removal. On June 15, 2024, immigration authorities removed PEREZ-PEREZ from the United States to Mexico via the El Paso Del Norte, Texas port-of-entry.

1

6. On June 18, 2025, Homeland Security Task Force (HSTF) set up surveillance at the Red Roof Inn in Southfield, Michigan based on an approved operation to find known workers unlawfully employed by Thunder Staffing, Inc., residing at that location. At approximately 6:02 a.m., law enforcement officers observed about five subjects enter a grey Ford passenger van, bearing an Indiana state license plate, and leave the hotel. At 6:10 a.m., law enforcement officers attempted a vehicle stop, with emergency lights and sirens, on Telegraph Road, south of 12 Mile Road, in Southfield, Michigan. The driver of the vehicle increased speed and sped back to the Red Roof Inn hotel. Law enforcement officers observed the vehicle stop in front of the hotel and all passengers got out of the vehicle and started running away on foot. Law enforcement officers apprehended PEREZ-PEREZ as he was running around the back of the hotel.

7. PEREZ-PEREZ stated his name to be Domingo PEREZ-PEREZ, presented a Mexican identification card, and claimed to be a citizen and national of Mexico. Law enforcement officers placed PEREZ-PEREZ under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

8. ICE ERO Deportation Officers transported PEREZ-PEREZ to the Detroit Field Office for processing. The arrest and subsequent detention of PEREZ-PEREZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. PEREZ-PEREZ's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Domingo PEREZ-PEREZ, a native and citizen of Mexico who had previously been removed from the United States.

10. A review of PEREZ-PEREZ's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that PEREZ-PEREZ did not obtain the permission or express consent from the Attorney

    General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on June 15, 2024.

11. During processing, PEREZ-PEREZ claimed to be married with three biological Mexican national children residing with his wife in Mexico.

12. On June 18, 2025, ICE-ERO served PEREZ-PEREZ with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

13. Based on the above information, I believe there is probable cause to conclude that Domingo PEREZ-PEREZ is an alien who has previously been removed from the United States on or about June 15, 2024, at or near El Paso Del Norte, Texas and was thereafter found in the United States on or about June 18, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_____
*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
June 25, 2025

3